**Raouf G. HADDAD, Appellant,**

v.

**HERTZ CORPORATION, Appellee.**

No. 07–3422.

United States Court of Appeals, Eighth Circuit.

Submitted: April 20, 2009.

Filed: April 23, 2009.

Raouf G. Haddad, Berkeley, MO, pro se.

Kerri Suzanne Reisdorff, Constangy & Brooks, Kansas City, MO, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Raouf G. Haddad appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit against his former employer, Hertz Corporation. Having carefully reviewed the record and considered Haddad's arguments, we find no basis for reversal. *See Gordon v. Shafer Contracting Co.,* 469 F.3d 1191, 1194 (8th Cir.2006) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.